HAMMERTON ET AL. *v.* J. R. WATKINS MEDICAL COMPANY
ET AL.

[No. 9,894.    Filed June 19, 1919.]

From Jasper Circuit Court; *William H. Parkinson,* Special Judge.

Action between the J. R. Watkins Medical Company and others and George H. Hammerton and others. From the judgment rendered, the latter appeal. *Affirmed.*

*John A. Dunlap,* for appellants.
*James H. Chapman* and *Towney, Smith & Towney,* for appellees.

REMY, J.—The questions presented by the record herein are substantially the same as those involved in the case of *Hammerton* v. *J. R. Watkins Medical Co.* (1918), 68 Ind. App. 515, 120 N. E. 710, and upon authority of that case the judgment is affirmed.